Andrew J. Neubauer, as Administrator, etc., of Stanislaus Prezebinda, Deceased, Appellant, v. S. Pearson and Son, Incorporated, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr and Thomas, JJ., concurred; Woodward and Rich, JJ., dissented.

Fred A. Newman, Respondent, v. Hardman, Peck & Company, Appellant.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Carr, Woodward and Rich, JJ., concurred.

Mary O'Connor, an Infant, by Margaret O'Connor, Her Guardian ad Litem, Respondent, v. James M. Rodgers and John J. Haggerty, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

The People of the State of New York ex rel. James E. Meagher, Relator, v. William F. Baker, as Police Commissioner of the City of New York, Respondent.— Determination reversed, with fifty dollars costs and disbursements, and relator restored to his position on the ground that the proof of relator's guilt is not established by a fair preponderance of the evidence. Jenks, P. J., Hirschberg, Burr and Carr, JJ., concurred; Thomas, J., dissented.

Guillaume Reusens, Respondent, v. William J. Morton, Appellant, Impleaded with Victor W. von Eulenburg and North American A. B. C., Defendants.— Order modified by excluding from the examination inquiry as to whether representations were made and the reliance of plaintiff thereon, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Sigmond H. Rosenblatt and Others, Respondents, v. James Phillips, Jr., Defendant, Impleaded with Walter G. Newman, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Hirschberg, Thomas, Carr and Rich, JJ., concurred; Jenks, P. J., not voting.

Caroline F. Rupp, an Infant, by Frederick B. Stevenson, Her Guardian ad Litem, Respondent, v. Richard C. Rupp, Appellant.— Interlocutory judgment affirmed, with costs, upon the ground that there are sufficient allegations in that portion of the complaint stated as a first cause of action, if supported by competent evidence, to justify a judgment annulling the marriage of the parties to this action upon the ground that the prior divorce of the defendant was invalid because of collusion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

John H. Voorhees and Others, Respondents, v. Harry Unger and Others, Appellants.— Order reversed, and case and exceptions directed to be amended so as to show definitely the rulings of the court as to the evidence brought in under respondents' amendments so far as they are involved in the motion, without costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred. Order to be settled before Mr. Justice Thomas.